```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL RAMSAMMY,

                                                        Plaintiff,                                23-CV-05511 (JHR)(SN)

           -against-                                           **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 29, 2023, the Honorable Jennifer H. Rearden referred this matter to my docket for social security purposes. ECF No. 4.

       The parties are to follow the schedule set out in the scheduling order at ECF No. 3.

       Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. The application must state the position of all other parties regarding the proposed extension and must show good cause for the extension.

**SO ORDERED.**

                                                                      *[signature]*
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       June 30, 2023
                  New York, New York